ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Tyrula, LLC | ) ASBCA No. 64385 |
| | ) |
| Under Contract No. W81K00-23-P-0071 | ) |

APPEARANCE FOR THE APPELLANT:      Stephanie D. Wilson, Esq.
                                                                     Berenzweig Leonard, LLP
                                                                     McLean, VA

APPEARANCES FOR THE GOVERNMENT:      Dana J. Chase, Esq.
                                                                            Army Chief Trial Attorney
                                                                            MAJ Joseph A. Seaton, JA
                                                                            Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 29, 2026

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64385, Appeal of Tyrula, LLC, rendered in conformance with the Board's Charter.

Dated: April 29, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals